To Whom this May Concern:          7-24-2017

The case I presented to this court Docket No: NO 17 Civ. 5248 (cm) Involves: illegally, unconstitutional Warrant

① Lack of probable cause - Middletown Police Department lied during application of Warrant saying he used a CI for the uncharged sales. The CI allegedly was the primary for the sales, but application lacked CI statement under oath. The alleged sales never took place at my home, and CI never was in my home to verify any contraband was to be found in my home.

②(a) Excess of Jurisdiction - Hon. Judge S. Brockett of Middletown City court issued, authorized, and addressed the hyper intrusive no-knock, anytime Warrant directly to "peace officers" pursuant to CPL 2.10 (25) (correctional officers) in violation of CPL 690.05 and 690.25

②(b) Middletown Police officer applied and obtained Warrant on behalf of peace officers, exceeding his jurisdiction because he only has authority to obtain Warrant for Middletown Police. He does not have the authority to obtain Warrant on behalf of "peace officers" who doesn't have the authority to obtain Warrant on their own behalf pursuant to CPL 2.20; Powers of peace officers.

② Orange county sheriff's office members of the Special Operations group (S.O.G) that consist of Peace Officers pursuant to CPL 2.10 (25) exceeded their Jurisdiction and executed a Hyper intrusive no knock anytime warrant violating CPL 2.20 (c) which states that they are only authorized to carry out "warrantless" searches.

③ Unreasonable search and seizure - Middletown Police and members of the (S.O.G) used unlimited descretion during execution of a search and seizure warrant in violation of CPL 690.20. My family's vehicle was seized, not under the direction of the warrant. Application nor issued warrant authorized seizure of vehicle. Warrant authorized Search of vehicle which came back negative for any Contraband founds. Upon illegal seizure of vehicle I was given a false CPLR 13-a forfeiture notice, that was never applied to any court for the legal proceedings of the civil action. Nor was there a subpoena duces tecum CPLR 1311-a motion applied for or granted in order for my family's vehicle to be in their possession. Middletown Police exceeded their Jurisdiction and seized vehicle then lied about a 13-a forfeiture proceeding.

If their is anything else I can provide to further assist you, Please feel free to correspond.

Respectfully

