UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED SEP 12 2017 U.S.D.C. W.P.

J'min Atiba Ward
Write the full name of each plaintiff or petitioner.

Case No. 17 CV 5248 (NSR)

-against-

City of Middletown et al
Orange County et al
Write the full name of each defendant or respondent.

NOTICE OF MOTION
Summary Judgment

PLEASE TAKE NOTICE that  J'min A Ward
plaintiff or defendant     name of party who is making the motion

requests that the Court: Decides the case without a trial pursuant to Rule 56 of the Federal Rules of Civil Procedure

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☑ a memorandum of law (Lawyer's Suppression Motion)

☑ my own declaration, affirmation, or affidavit

☑ the following additional documents: Ward v. City of Middletown Police Department et 17cv5248 (D-A's response admitting the warrant was issued, addressed, and authorized to correctional officers)

9-10-17
Dated

Signature

J'min A Ward
Name

2017-01851
Prison Identification # (if incarcerated)

110 Wells Farm Rd     Goshen     NY     10924
Address                City       State   Zip Code

Telephone Number (if available)     E-mail Address (if available)

Jmin + Ward
Orange County CF
110 Wells Farm Rd
Goshen NY 10924

RECEIVED
SEP 12 2017
U.S.D.C.
WP

Pro-Se Clerk
United States District Court
Southern District of New York
300 Quarropas Street
White Plains NY 10601

USM WP
SDNY

U.S. POSTAGE PAID
CENTRAL VALLEY, NY
10917
SEP 11, 17
AMOUNT
$2.45
R2305K133360-04