
Case 7:17-cv-05248-NSR   Document 117   Filed 02/25/22   Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

J'MIN ATIBA WARD,

                Plaintiff,

-against-

17 **CIVIL** 5248 (NSR)

## JUDGMENT

CITY OF MIDDLETOWN, COUNTY OF ORANGE, STEVEN BROCKETT, City of Middletown Judge, CARL DUBOIS, Orange County Sheriff, KENNETH DECKER, Orange County Jail Administrator of Corrections, DUANE LOPEZ, BRIAN SHANLEY, Special Operations Group, JASON KAHMAR, Special Operations Group, CHRIS DESENA, Special Operations Group, DANIEL GREER, Special Operations Group, ANTHONY WEED, Special Operations Group, JOHN TRAZINO, Special Operations Group, RAMON BETHANCOURT, Middletown Police Chief, PAUL BRAHM, Special Operations Group, VINCENT IANNUZZI, Special Operations Group, ERIC J. HARGETT, Middletown Police Officer, and MICHAEL KANIA, Special Operations Group,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 24, 2022, Defendants' motions to dismiss is GRANTED and pro se Plaintiff's Second Amended Complaint is DISMISSED in its entirety without leave to replead. The Court also certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      February 25, 2022

                                                      **RUBY J. KRAJICK**

                                                      Clerk of Court

                    BY:

                                                        **Deputy Clerk**